**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936

Attorney for Defendant
FERNANDO LOPEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 06-CR-00367-OWW |
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| DAGOBERTO LLANES, **FERNANDO LOPEZ,** | |
| DEFENDANTS. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE OLIVER

W. WANGER; AND DAWRENCE RICE JR., ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, FERNANDO LOPEZ, by and through his attorney

of record, DAVID A. TORRES hereby requesting that the status conference currently set for

03/05/2007 be continued to 04/02/2007 at 9:00 a.m. or a date convenient to court and counsel.

I am respectfully requesting a continuance of the status conference because I am currently

involved in a State jury trial for the matter of *People v. Juan Rodriguez*. Therefore, I will be

unable to proceed with the status conference. I have been in contact with Mr. Rice and co-

counsel and they have no opposition to this request.

Based upon the foregoing, I respectfully request that the status conference be continued to

April 2, 2007.

1    The parties also agree that the delay resulting from the continuance shall be excluded in

2  the interest of justice pursuant to 18 U.S.C. §3161 (H)(8)(A).

3  Dated: 03/01/2007

4                                                    /s/ David A. Torres
                                                     DAVID A. TORRES
5                                                    Attorney for Fernando Lopez

6
   Dated: 03/01/2007                                /s/ Victor M. Chavez
7                                                    VICTOR M. CHAVEZ
                                                     Attorney for Dagoberto Llanes
8

9
                                                     McGREGOR W. SCOTT
10                                                   United States Attorney

11
   Dated: 03/01/2007                                By /s/ Dawrence Rice Jr.
12                                                   Dawrence Rice Jr.
                                                     Assistant U.S. Attorney
13

14                                 **ORDER**

15        IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C.

16  §3161(h)(8)(A).

17  IT IS SO ORDERED.

18  **Dated:    March 6, 2007**                    **/s/ Oliver W. Wanger**
    emm0d6                                          UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28